IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA BROD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-2779** |
| | : | |
| **ROY BROD,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of December, 2023, upon consideration of Plaintiff Rebecca Brod's Motion for Default Judgment (ECF No. 19), it is **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**

---

[1] Defendants, through legal counsel, requested and were granted an extension of time until January 22, 2024 to respond to the Complaint. (*See* ECF No. 15.)