IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA BROD, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-2779 |
| | : | |
| ROY BROD, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 24th day of January, 2024, upon consideration of Plaintiff Rebecca Brod's Motion for Reconsideration of Order on Motion for Default Judgment (ECF No. 25), and it appearing that Defendants Roy Brod and Janice Brod filed a motion pursuant to Federal Rule of Civil Procedure 12 (ECF No. 26), it is **ORDERED** that:

1. Plaintiff Rebecca Brod's Motion to Reconsider the Court's December 28, 2023 Order denying her motion for default judgment (ECF No. 25) is **DENIED**.[1]

2. Plaintiff Rebecca Brod shall file a Response to the Motion no later than **Friday, February 23, 2024**. The Response must be served on the Defendant in accordance with Federal Rule of Civil Procedure 5(b), and Local Rule 5.1.2 where applicable, and should include any certificate of service required by Rule 5(d).

3. If Plaintiff Rebecca Brod files a response, Defendants Roy Brod and Janice Brod may file a Reply brief no later than fifteen (15) days thereafter.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**

---

[1] After being granted an extension, the Defendants, through counsel, timely responded to the Complaint with a Federal Rule of Civil Procedure 12 motion.